█ In the Matter of the Estate of STANLEY E. JOSLYN, Deceased. TERRY MCFARLAND, Respondent; JOANN MOONEY et al., Appellants. [844 NYS2d 732]—Appeal from an order of the Surrogate's Court, Oneida County (David A. Murad, S.), entered November 9, 2006. The order granted petitioner's motion for summary judgment dismissing respondents' objections to probate of the last will and testament of decedent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.

█ DONNA LEE SCHMITZ, as Executor of ROBERT J. SCHMITZ, Deceased, Respondent, v CALDWELL & COOK, INC., Appellant, and BEAM MACK SALES & SERVICE, INC., Doing Business as CONWAY GMC VOLVO TRUCK DIVISION, et al., Respondents. [844 NYS2d 732]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered November 30, 2006. The order, insofar as appealed from, denied that part of the motion of defendant Caldwell & Cook, Inc. for summary judgment dismissing the Labor Law § 241 (6) claim against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.